BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         pdavis@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY-DUES SUPPLEMENT TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                      Plaintiff,<br><br>       v.<br><br>FMB MASONRY, INC,<br><br>                      Defendant. | No. 11-cv-05704-CRB<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**<br><br>**Honorable Charles R. Breyer** |

**TO:  THE CLERK OF THE COURT AND DEFENDANT FMB MASONRY, INC.,**

**A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiff hereby requests that the initial Case Management Conference scheduled for March 16, 2012 at 8:30 a.m. be continued for ninety days

1

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-05704-CRB

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

to allow Plaintiff additional time to file its Motion for Default Judgment and to provide the Court additional time to issue a ruling on Plaintiff's Motion.

Plaintiff filed its Complaint in this matter on November 29, 2011. Thereafter, at Plaintiff's request, the Court entered Defendant's Default on February 3, 2012. Plaintiff is currently in the process of preparing a Motion for Default Judgment.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: March 13, 2012

                                        WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation

                                        By: /s/ *Concepción E. Lozano-Batista*
                                              CONCEPCIÓN E. LOZANO-BATISTA
                                              Attorneys for Plaintiff

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court orders: Initial Case Management Conference continued to June 15, 2012 at 8:30 a.m., the case management statement due not less than seven days prior to the conference.

Dated: March 15, 2012

                                        HONORABLE CHARLES R. BREYER
                                        United States District Court Judge

128674/659923



WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-05704-CRB