BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
       pdavis@unioncounsel.net
       clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY-DUES SUPPLEMENT TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FMB MASONRY, INC,<br><br>Defendant. | No. 11-cv-05704-CRB<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT<br><br>Date:    June 15, 2012<br>Time:    10:00 a.m.<br>Courtroom: 6<br><br>**Honorable Charles R. Breyer** |

This matter came on for hearing for entry of Judgment by Default against Defendant FMB Masonry, Inc., a California Corporation (hereinafter "Defendant"), on June 15, 2012. Plaintiffs The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust

1

Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs") were represented by Concepción E. Lozano-Batista of Weinberg, Roger & Rosenfeld; Defendants made no appearance. Having considered the pleadings and arguments in this matter, and good cause appearing, this Court **FINDS AS FOLLOWS**:

1. The Complaint in this matter was filed with this Court on November 29, 2011.

2. The Complaint was served on Defendant on December 19, 2011, for which service became effective on December 30, 2011, and for which proofs of service were filed before this Court with the Summons on December 28, 2011;

3. That no answer or other responsive pleadings having been filed within the time permitted by law, default was entered against the Defendant on February 3, 2012;

4. Defendant has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

5. The Court finds the allegations in the Complaint on file herein are true including the fact that Defendant has been bound to a written Collective Bargaining Agreement with the Northern California District Council of Laborers, a labor organization within the meaning of LMRA §301, 29 U.S.C. §150. By virtue of becoming bound to the Collective Bargaining Agreement, Defendant became subject to all the terms and conditions of the various Trust Agreements referred to in the Complaint;

6. That Defendant failed to pay delinquent contributions in the amount of $4,215.81, and liquidated damages and interest in the amount of $4,563.21;

7. That Defendant has failed, neglected or refused to submit to an audit as requested by Plaintiffs pursuant to said Collective Bargaining Agreement and Trust Agreements.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of Plaintiffs and against Defendant as follows:

1. Defendant is ordered to pay $4,215.81 in principal contributions to the Trust Funds;

2. Defendant is ordered to pay $4,563.21 in liquidated damages and interest owed to the Trust Funds;

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

[PROPOSED] DEFAULT JUDGMENT,

2

CASE NO. 11-CV-05704-CRB

3. Defendant is ordered to submit to an audit by auditors selected by the Trust Funds at Defendant's premises during business hours, or where the records are kept, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, reports of FMB Masonry, Inc., a California Corporation, relating to the time period beginning January 1, 2010 to the present, that are relevant to the enforcement of the collective bargaining agreement or Trust Agreements, including but not limited to the following:

> Individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers compensation insurance report; employee time cards; payroll journal; quarterly payroll tax returns (form 941); check register and supporting cash voucher; Form 1120- 1040 or partnership tax returns; general ledger – (portion relating to payroll audit);

4. Defendant is ordered to pay all amounts found due and owing as a result of said audit of its books and records pursuant to the Trust Agreements;

5. The Court issues an injunction directing Defendant to submit to the Trust Funds, all reports and contributions due and owing by Defendant pursuant to the Trust Agreements;

6. The Court issues an order directing and permanently enjoining Defendant for so long as they remain obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

7. Defendant is ordered to pay attorneys' fees in the amount of $9,352.50;

8. Defendant is ordered to pay costs in the amount of $583.80;

9. Defendant is ordered to pay interest on any amounts found due in an amount to be determined consistent with 26 U.S.C. 6621; and

10. This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of all amounts found due and owing.

DATED: __July 13, 2012__

_____
HONORABLE CHARLES
MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

128674/657410

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# PROOF OF SERVICE
## (CCP §1013)

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On May 1, 2012, I served the following documents in the manner described below:

**[PROPOSED] DEFAULT JUDGMENT**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by United Parcel Service for overnight delivery.

On the following part(ies) in this action:

| | |
|---|---|
| Dawna J. Cilluffo<br>Agent for Service of Process<br>FMB Masonry, Inc.<br>2005 De La Cruz Blvd., Suite 215<br>Santa Clara CA 95050 | Fernando Manuel Bertolo<br>President<br>FMB Masonry, Inc.<br>1048 Lewis Street<br>Santa Clara, CA 95050 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2012, at Alameda, California.

_____
Stephanie Mizuhara