EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* |
|---|
| Recording requested by and return to: Eleanor Natwick |
| Daniel S. Brome, Bar No. 278915 |
| Weinberg, Roger & Rosenfeld |
| 1001 Marina Village Parkway, Suite 200 |
| Alameda, CA 94501 |

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. D.C. - Northern
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California

DEFENDANT: FMB Masonry, Inc.

3:11-cv-05704-CRB

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      | FMB Masonry, Inc.
      | 1048 Lewis St.
      | Santa Clara, CA 95050

   b. Driver's license no. [last 4 digits] and state:    [ ] Unknown
   c. Social security no. [last 4 digits]:    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   See Attachment A for complete creditors' names and address.
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: October 30 2012

Daniel S. Brome
(TYPE OR PRINT NAME)

▶ /s/ Dnl S. Be
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 18,715.32
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* July 13, 2012
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

OCT 3 1 2012

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

ATTACHMENT "A"
TO ABSTRACT OF JUDGMENT

FMB Masonry, Inc.

U.S. District Court – Northern District of California; case no. 3:11-cv-05704-CRB

**3. Judgment creditor (names and address):**

The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California;
220 Campus Lane
Fairfield, CA 94534

128674/690282